UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20585-CIV-HUCK/O'SULLIVAN

AUTOCHINA LIMITED,

    Plaintiff,

vs.

KENNETH HUANG a/k/a HUANG JIAN-HUA,

    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on an informal discovery conference held before the undersigned on November 17, 2009. Having heard argument from the parties, it is

ORDERED AND ADJUDGED that the Plaintiff's Request for Protective Order to have the Defendant's Expert Excluded from the deposition of the Plaintiff's expert is DENIED. See Conrad v. Board of Johnson County Kansas Commissioners, et al., 2001 WL 1155298, *1 (D. Kan. 2001) (stating "that deposition witnesses are not subject to sequestration as a matter of course.") It is further

ORDERED AND ADJUDGED that Dr. Frishberg shall either: 1. appear for deposition telephonically, (prior to the deposition the plaintiff shall send all the documents that the plaintiff will use during the deposition to Dr. Frishberg); or 2. appear for deposition on November 18, 2009, at the conclusion of the deposition set for 8:00

AM in this matter.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 17th day of November, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record