UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20585-CIV-HUCK/O'SULLIVAN

AUTOCHINA LIMITED,

    Plaintiff,

v.

KENNETH HUANG,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Defendant Kenneth Huang's Verified Motion for Attorney's Fees and Costs (Doc. #141), filed February 24, 2010. On July 2, 2010, Magistrate Judge John O'Sullivan entered a Report and Recommendation (Doc. #165), in which he recommended that the motion be granted in part and denied in part. Judge O'Sullivan further recommended that Kenneth Huang be awarded fees in the amount of $303,105.05 and costs in the amount of $15,235.21. Neither party has filed any objections to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that Judge O'Sullivan's Report and Recommendation (Doc. #165) is ADOPTED, and Defendant Kenneth Huang's Verified Motion for Attorney's Fees and Costs (Doc. #141) is GRANTED IN PART, DENIED IN PART. Defendant Kenneth Huang is awarded fees in the amount of $303,105.05 and costs in the amount of $15,235.21, for a total award of $318,340.26.

DONE and ORDERED in Chambers, Miami, Florida, July 27, 2010.

                                                                     _____
                                                                     Paul C. Huck
                                                                     United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record